Delbert COPELAND, Plaintiff–Appellant,

v.

E.R. JOHNSON, Nurse LPB; M. Woodruff, Nurse RN, Defendants–Appellees.

No. 15–7212.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 22, 2015.

Decided: Feb. 8, 2016.

Delbert Copeland, Appellant Pro Se. Elizabeth Martin Muldowney, Rawls,

McNelis & Mitchell, PC, Richmond, Virginia, for Appellees.

Before MOTZ and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Delbert Copeland appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Copeland v. Johnson*, No. 2:13–cv–00415–RAJ–TEM (E.D.Va. July 10, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*